# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KYLE ALLEN,

        Plaintiff,

v.                                              Case No:   6:21-cv-1702-PGB-LHP

SUNBELT RENTALS, INC. and
TEREX USA, LLC,

        Defendants

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:   PLAINTIFF'S MOTION TO COMPEL DEFENDANTS' CORPORATE REPRESENTATIVE DEPOSITIONS (Doc. No. 40)**
>
> **FILED:       January 24, 2023**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**.

Plaintiff has filed a motion to compel both Defendants to produce their corporate representatives for deposition.   Doc. No. 40.   Upon review, however, the motion fails to comply with the Standing Order on Discovery Motions.   *See*

Doc. No. 14.   In addition, and as acknowledged by Plaintiff, the discovery deadline in this matter expired on October 17, 2022.   *See* Doc. No. 13, at 1; Doc. No. 19, at 3. "Counsel, by agreement, may conduct discovery after the formal completion date but should not expect the Court to resolve discovery disputes arising after the discovery completion date."   Middle District Discovery (2021) § (I)(F).   *See also* Doc. No. 13, at 5 ("The Court may deny as untimely all motions to compel filed after the discovery deadline.").

Accordingly, Plaintiff's Motion (Doc. No. 40) is **DENIED WITHOUT PREJUDICE**.

**DONE** and **ORDERED** in Orlando, Florida on January 25, 2023.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -